```
             UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF TENNESSEE
                   WESTERN DIVISION
```

**DIONNE JONES, et al.,**

      **Plaintiffs,**

**v.**                                                   Cv. No.: 12-2887-JTF

**CONCENTRA LABORATORY, LLC,**
**d/b/a ADVANCED TOXICOLOGY NETWORK,**

      **Defendant.**

# JUDGMENT

    Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed with prejudice in accordance with the Stipulation of Dismissal entered by the parties on October 28, 2013 and the Order of Dismissal entered on October 29, 2013.


**APPROVED:**

*s/John T. Fowlkes, Jr.*
JOHN T. FOWLKES, JR.                     THOMAS M. GOULD
UNITED STATES DISTRICT JUDGE             CLERK


October 29, 2013                         s/Lorri Fentress
DATE                                     (By) LAW CLERK